UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES THOMAS WESNER, JR. as Trustee of the Charles Wesner Jr. Living Trust, | § § § § | |
| Plaintiff, | § § § | |
| V. | § § | |
| MARK SOUTHALL, PRINCIPLE MANAGEMENT GROUP INC., ASSOCIATIONS INC. d/b/a ASSOCIA, ESTATES OF WINDSOR RIDGE HOMEOWNERS' ASSOCIATION INC., ASSOCIA CLIENT SHARED SERVICE CENTER INC. d/b/a CSSC, WHITTEN AND WHITTEN PLLC, ADAM T. WHITTEN, WYATT FRANCIS, BILLY RAY SMITH, ELIZABETH FALCON, MATTHEW BRYANT, LISA HILDINGER, SCOTT MARTIN, and SUSAN DENNEY, | § § § § § § § § § § § § § § § | No. 3:22-cv-927-B |
| Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 21, 2023, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct an they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 12TH day of September, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE